**LATHAM & WATKINS LLP**
Belinda S Lee (CA Bar No. 199635)
Gavin M. Masuda (CA Bar No. 260480)
Francis J. Acott (CA Bar No. 331813)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
*belinda.lee@lw.com*
*gavin.masuda@lw.com*
*francis.acott@lw.com*

Aamir Virani (CA Bar No. 328920)
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*aamir.virani@lw.com*

**ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS**
Angela F. Chan (CA Bar No. 250138)
Melanie C. Kim (CA Bar No. 292588)
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 848-7719
Facsimile: (415) 896-1702
*angelac@advancingjustice-alc.org*
*melaniek@advancingjustice-alc.org*

*Attorneys for Plaintiff Jose Armando Escobar-Lopez*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSE ARMANDO ESCOBAR-LOPEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF DALY CITY, DALY CITY POLICE DEPARTMENT, and DOES 1-20 inclusive,<br><br>         Defendants. | Case No. 3:20-cv-01781-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE AMENDED COMPLAINT**<br><br>The Honorable James Donato |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO FILE AM. COMPLAINT
CASE NO. 3:20-CV-01781-JD

WHEREAS, Mr. Escobar-Lopez filed his Complaint (Dkt. 1) on March 12, 2020;

WHEREAS, Defendants' Motion to Dismiss (Dkt. 35) was heard and submitted by the Court on August 27, 2020;

WHEREAS, the Parties stipulated (Dkt. 40) to referral to a magistrate judge for a settlement conference on December 21, 2020;

WHEREAS, the Court issued an order (Dkt. 41) referring the instant matter to the Honorable Magistrate Judge Alex G. Tse for settlement on December 23, 2020;

WHEREAS, the Court issued its Order (Dkt. 48) granting Defendants' Motion to Dismiss with leave to amend, permitting Mr. Escobar-Lopez until April 13, 2021 to file an amended complaint;

WHEREAS, on April 12, 2021, the Court entered an order continuing the deadline for Mr. Escobar-Lopez to file an amended complaint until June 18, 2021 (Dkt. 50);

WHEREAS, the Parties appeared before the Honorable Alex Tse for a Settlement Conference on May 17, 2021.  The Parties engaged in good faith discussions but did not reach an agreement to resolve this matter;

WHEREAS, on June 15, 2021, the Court entered an order continuing the deadline for Mr. Escobar-Lopez to file an amended complaint until August 27, 2021 (Dkt. 56);

WHEREAS, the Parties appeared before the Honorable Alex Tse for a second Settlement Conference on June 30, 2021.  Dkt. 58.  The Parties engaged in good faith discussions but did not reach an agreement to resolve this matter;

WHEREAS, on August 9, 2021, the Court entered an order continuing the deadline for Mr. Escobar-Lopez to file an amended complaint until September 24, 2021 (Dkt. 61);

WHEREAS, the Parties appeared before the Honorable Alex Tse for a third Settlement Conference on August 25, 2021.  Dkt. 59.  The Partied engaged in good faith discussions but did not reach an agreement to resolve this matter;

WHEREAS, following the August 25 Settlement Conference, the Parties continued to engage in settlement discussions and reached an agreement in principle to settle this matter;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO FILE AM. COMPLAINT
CASE NO. 3:20-CV-01781-JD

WHEREAS, the Parties are currently negotiating a term sheet that is contingent on the Parties successfully executing a long form settlement agreement by October 29, 2021. If finalized, the settlement would resolve this matter in its entirety;

WHEREAS, the Parties at this time wish to direct their resources to negotiating and finalizing a term sheet and settlement agreement;

WHEREAS, the Parties believe continuing the deadline for Mr. Escobar-Lopez to file an amended complaint will promote efficiency and economy and conserve judicial resources in light of the Parties' agreement in principle and ongoing and productive settlement discussions;

NOW THEREFORE, the Parties hereby stipulate and respectfully request that the Court enter an order as follows:

1. The deadline for Mr. Escobar-Lopez to file an amended complaint is continued from September 24, 2021 to November 15, 2021.

Pursuant to Civil Local Rule 6-2, counsel for Mr. Escobar-Lopez, Francis J. Acott, has submitted a declaration in support of this stipulated request.

For the Court's consideration, a proposed order is set forth below.

**IT IS SO STIPULATED.**

DATED: September 22, 2021                Respectfully submitted,

By:  */s/ Belinda S Lee*
**LATHAM & WATKINS LLP**
Belinda S Lee (CA Bar No. 199635)
Gavin M. Masuda (CA Bar No. 260480)
Francis J. Acott (CA Bar No. 331813)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
*belinda.lee@lw.com*
*gavin.masuda@lw.com*
*francis.acott@lw.com*

|   |   |
|---|---|
| 1 | |
| 2 | Aamir Virani (CA Bar No. 328920)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: +1.650.328.4600<br>Facsimile: +1.650.463.2600<br>*aamir.virani@lw.com* |

Aamir Virani (CA Bar No. 328920)
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*aamir.virani@lw.com*

**ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS**
Angela F. Chan (CA Bar No. 250138)
Melanie C. Kim (CA Bar No. 292588)
55 Columbus Avenue
San Francisco, CA 94111
*angelac@advancingjustice-alc.org*
*melaniek@advancingjustice-alc.org*

*Attorneys for Plaintiff Jose Armando Escobar-Lopez*

**IT IS SO STIPULATED.**

DATED:  September 22, 2021

By: /s/ *David Mehretu*
**MEYERS NAVE**
David Mehretu (CA Bar No. 269398)
Nancy E. Harris (CA Bar No. 197042)
1999 Harrison Street, 9th Floor
Oakland, CA 94612
Telephone: (510) 808-2000
Facsimile: (510) 444-1108
*dmehretu@meyersnave.com*

*Attorney for Defendants City of Daly City and Daly City Police Department*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Continue Deadline to File Amended Complaint. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Belinda S Lee, attest that concurrence in the filing of this document has been obtained.

DATED: September 22, 2021   */s/ Belinda S Lee*
   Belinda S Lee

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, the last day on or before which Plaintiff Jose Armando Escobar-Lopez may file an amended complaint following the Court's ruling on Defendants' Motion to Dismiss, which is currently September 24, 2021, is continued to November 15, 2021.

**IT IS SO ORDERED.**

Dated: __September 23__, 2021

HONORABLE
UNITED STATES DISTRICT JUDGE

*Judge James Donato*