**LATHAM & WATKINS LLP**
Belinda S Lee (CA Bar No. 199635)
Gavin M. Masuda (CA Bar No. 260480)
Francis J. Acott (CA Bar No. 331813)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone: (415) 391-0600
*belinda.lee@lw.com*
*gavin.masuda@lw.com*
*francis.acott@lw.com*

Aamir Virani (CA Bar No. 328920)
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*aamir.virani@lw.com*

**ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS**
Angela F. Chan (CA Bar No. 250138)
Melanie C. Kim (CA Bar No. 292588)
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 848-7719
*angelac@advancingjustice-alc.org*
*melaniek@advancingjustice-alc.org*

*Attorneys for Plaintiff Jose Armando Escobar-Lopez*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSE ARMANDO ESCOBAR-LOPEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF DALY CITY, DALY CITY POLICE DEPARTMENT, and DOES 1-20 inclusive,<br><br>　　　　　　　　Defendants. | Case No. 3:20-cv-01781-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE AMENDED COMPLAINT**<br><br>The Honorable James Donato |

Latham & Watkins LLP
Attorneys At Law
San Francisco

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO FILE AM. COMPLAINT
CASE NO. 3:20-CV-01781-JD

1    WHEREAS, Mr. Escobar-Lopez filed his Complaint (Dkt. 1) on March 12, 2020;

2    WHEREAS, Defendants' Motion to Dismiss (Dkt. 35) was heard and submitted by the
3    Court on August 27, 2020;

4    WHEREAS, the Parties stipulated (Dkt. 40) to referral to a magistrate judge for a
5    settlement conference on December 21, 2020;

6    WHEREAS, the Court issued an order (Dkt. 41) referring the instant matter to the
7    Honorable Magistrate Judge Alex G. Tse for settlement on December 23, 2020;

8    WHEREAS, the Court issued its Order (Dkt. 48) granting Defendants' Motion to Dismiss
9    with leave to amend, permitting Mr. Escobar-Lopez until April 13, 2021 to file an amended
10   complaint;

11   WHEREAS, on April 12, 2021, the Court entered an order continuing the deadline for Mr.
12   Escobar-Lopez to file an amended complaint until June 18, 2021 (Dkt. 50);

13   WHEREAS, the Parties appeared before the Honorable Alex Tse for a Settlement
14   Conference on May 17, 2021.  The Parties engaged in good faith discussions but did not reach an
15   agreement to resolve this matter;

16   WHEREAS, on June 15, 2021, the Court entered an order continuing the deadline for
17   Mr. Escobar-Lopez to file an amended complaint until August 27, 2021 (Dkt. 56);

18   WHEREAS, the Parties appeared before the Honorable Alex Tse for a second Settlement
19   Conference on June 30, 2021.  Dkt. 58.  The Parties engaged in good faith discussions but did not
20   reach an agreement to resolve this matter;

21   WHEREAS, on August 9, 2021, the Court entered an order continuing the deadline for Mr.
22   Escobar-Lopez to file an amended complaint until September 24, 2021 (Dkt. 61);

23   WHEREAS, the Parties appeared before the Honorable Alex Tse for a third Settlement
24   Conference on August 25, 2021.  Dkt. 59.  The Partied engaged in good faith discussions but did
25   not reach an agreement to resolve this matter;

26   WHEREAS, following the August 25 Settlement Conference, the Parties continued to
27   engage in settlement discussions and reached an agreement in principle to settle this matter;

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO FILE AM. COMPLAINT
CASE NO. 3:20-CV-01781-JD

WHEREAS, on September 23, 2021, the Court entered an order continuing the deadline for Mr. Escobar-Lopez to file an amended complaint until November 15, 2021 (Dkt. 66);

WHEREAS, on September 30, 2021, the Parties executed a term sheet that reflects the Parties' agreement in principle;

WHEREAS, the Parties are currently negotiating the terms of a long form settlement agreement and wish to direct their resources to finalizing that agreement;

WHEREAS, the Parties believe continuing the deadline for Mr. Escobar-Lopez to file an amended complaint will promote efficiency and economy and conserve judicial resources in light of the Parties' execution of a term sheet and ongoing and productive efforts to finalize a long form settlement agreement;

WHEREAS, the Parties believe they are close to executing a long form settlement agreement and are hopeful that this will be the final request for an extension of the deadline for Mr. Escobar-Lopez to file an amended complaint.

NOW THEREFORE, the Parties hereby stipulate and respectfully request that the Court enter an order as follows:

1. The deadline for Mr. Escobar-Lopez to file an amended complaint is continued from November 15, 2021 to December 17, 2021.

Pursuant to Civil Local Rule 6-2, counsel for Mr. Escobar-Lopez, Francis J. Acott, has submitted a declaration in support of this stipulated request.

For the Court's consideration, a proposed order is set forth below.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED:  November 8, 2021 | Respectfully submitted, |
| 2 | | By:  /s/ Belinda S Lee |
| 3 | | **LATHAM & WATKINS LLP**<br>Belinda S Lee (CA Bar No. 199635) |
| 4 | | Gavin M. Masuda (CA Bar No. 260480)<br>Francis J. Acott (CA Bar No. 331813) |
| 5 | | 505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-6538 |
| 6 | | *belinda.lee@lw.com*<br>*gavin.masuda@lw.com* |
| 7 | | *francis.acott@lw.com* |
| 8 | | Aamir Virani (CA Bar No. 328920) |
| 9 | | 140 Scott Drive<br>Menlo Park, CA 94025 |
| 10 | | Telephone: +1.650.328.4600<br>*aamir.virani@lw.com* |
| 11 | | **ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS** |
| 12 | | Angela F. Chan (CA Bar No. 250138)<br>Melanie C. Kim (CA Bar No. 292588) |
| 13 | | 55 Columbus Avenue<br>San Francisco, CA 94111 |
| 14 | | *angelac@advancingjustice-alc.org*<br>*melaniek@advancingjustice-alc.org* |
| 15 | | |
| 16 | | *Attorneys for Plaintiff Jose Armando Escobar-Lopez* |
| 17 | | |
| 18 | DATED:  November 8, 2021 | |
| 19 | | By:  /s/ David Mehretu<br>**MEYERS NAVE** |
| 20 | | David Mehretu (CA Bar No. 269398)<br>Nancy E. Harris (CA Bar No. 197042) |
| 21 | | 1999 Harrison Street, 9th Floor<br>Oakland, CA 94612 |
| 22 | | Telephone: (510) 808-2000<br>*dmehretu@meyersnave.com* |
| 23 | | |
| 24 | | *Attorney for Defendants City of Daly City and Daly City Police Department* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Continue Deadline to File Amended Complaint. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Belinda S Lee, attest that concurrence in the filing of this document has been obtained.

DATED: November 8, 2021          /s/ *Belinda S Lee*
                                  Belinda S Lee

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, the last day on or before which Plaintiff Jose Armando Escobar-Lopez may file an amended complaint following the Court's ruling on Defendants' Motion to Dismiss, which is currently November 15, 2021, is continued to December 17, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2021        _____
                                             HONORABLE JAMES DONATO
                                             UNITED STATES DISTRICT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO FILE AM. COMPLAINT
CASE NO. 3:20-CV-01781-JD