**LATHAM & WATKINS LLP**
Belinda S Lee (CA Bar No. 199635)
Gavin M. Masuda (CA Bar No. 260480)
Francis J. Acott (CA Bar No. 331813)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
*belinda.lee@lw.com*
*gavin.masuda@lw.com*
*francis.acott@lw.com*

Aamir Virani (CA Bar No. 328920)
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*aamir.virani@lw.com*

**ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS**
Angela F. Chan (CA Bar No. 250138)
Melanie C. Kim (CA Bar No. 292588)
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 848-7719
*angelac@advancingjustice-alc.org*
*melaniek@advancingjustice-alc.org*

*Attorneys for Plaintiff Jose Armando Escobar-Lopez*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSE ARMANDO ESCOBAR-LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF DALY CITY, DALY CITY POLICE DEPARTMENT, and DOES 1-20 inclusive, <br><br> Defendants. | Case No. 3:20-cv-01781-JD <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** <br><br> The Honorable James Donato |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jose Armando Escobar-Lopez hereby dismisses the above-captioned action (the "Action") with prejudice. Defendants have not filed an answer or a motion for summary judgment in the Action.

DATED: December 14, 2021                    Respectfully submitted,

By:  */s/ Belinda S Lee*
**LATHAM & WATKINS LLP**
Belinda S Lee (CA Bar No. 199635)
Gavin M. Masuda (CA Bar No. 260480)
Francis J. Acott (CA Bar No. 331813)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
*belinda.lee@lw.com*
*gavin.masuda@lw.com*
*francis.acott@lw.com*

Aamir Virani (CA Bar No. 328920)
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600
*aamir.virani@lw.com*

**ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS**
Angela F. Chan (CA Bar No. 250138)
Melanie C. Kim (CA Bar No. 292588)
55 Columbus Avenue
San Francisco, CA 94111
*angelac@advancingjustice-alc.org*
*melaniek@advancingjustice-alc.org*

*Attorneys for Plaintiff Jose Armando Escobar-Lopez*